### 11389. BARNARD *v.* GLISSON.

SMITH, J. Copies of the proceedings in the magistrate's court being necessary to a proper understanding and determination of the errors complained of in the petition for certiorari, and they nowhere appearing in the record, and no exception having been taken to the magistrate's answer, the trial judge, on motion of defendant in certiorari, properly dismissed the certiorari. See *Georgia Southern & Florida Railway Co.* v. *State,* 116 *Ga.* 845 (43 S. E. 254).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED MAY 12, 1920.

Certiorari; from Tattnall superior court — Judge Sheppard. February 2, 1920.

*Elders & DeLoach,* for plaintiff in error.

*Way & McCall,* contra.